No. 75–1826. AIR LINE EMPLOYEES ASSOCIATION, INTERNATIONAL *v.* EVANS. Sup. Ct. Ga. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 75–1842. CALIFORNIA *v.* RAMEY. Sup. Ct. Cal. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 75–1918. SALERNO *v.* UNITED STATES. C. A. 5th Cir. Motion of petitioner to strike memorandum for the United States and certiorari denied.

No. 75–6895. DOLEMAN *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied. MR. JUSTICE BRENNAN would grant certiorari.

No. 76–112. WEYERHAEUSER CO. ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE STEWART and MR. JUSTICE WHITE would grant certiorari.

No. 76–5332. RICE *v.* GENUNG'S, INC. App. Sess., Super. Ct. Conn. Certiorari denied. MR. JUSTICE STEWART and MR. JUSTICE WHITE would grant certiorari.

No. 76–185. CONFEDERATED SALISH AND KOOTENAI TRIBES OF FLATHEAD INDIAN RESERVATION ET AL. *v.* NAMEN ET AL. C. A. 9th Cir. Motions of Montana Inter-Tribal Policy Board and Lummi Indian Tribe et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 76–204. FEINBERG *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.